

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _MICHAEL PATRICK CONTORNO_
(Please print)

STREET ADDRESS: _703 W. Liberty Drive_

CITY/STATE/ZIP: _Wheaton, IL 60187_

PHONE NUMBER: _630 682 3707_

CASE NUMBER:       08CV 2737
                   JUDGE DARRAH
                   MAGISTRATE JUDGE COX

_M.P. Contorno_                              _5/12/08_
Signature                                      Date

FILED
MAY 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT