# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2737 | **DATE** | May 15, 2008 |
| **CASE TITLE** | Contorno v. Chicago Police Dept., et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Application to Proceed In Forma Pauperis is granted. A status hearing is scheduled for August 19, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|