IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PATRICK CONTORNO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **No. 08 C 2737** |
| v. ) | |
| ) | |
| CHICAGO POLICE DEPARTMENT(S), 51st & ) | JUDGE DARRAH |
| Wentworth, SHERIFF OF COOK COUNTY, ) | |
| UNKNOWN K-9 UNIT(S), CITY OF CHICAGO, ) | |
| UNKNOWN ADMINISTRATIVE AUTHORITIES,) | |
| STATE OF ILLINOIS, UNKNOWN TRAFFIC, ) | Magistrate Judge Cox |
| AUTHORITIES, and UNKNOWN OTHER ) | |
| DEFENDANTS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Michael Patrick Contorno
      Pro Se
      703 West Liberty Drive
      Wheaton, Illinois  60187

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendant City of Chicago's Motion to Stay Its Answer or Other Pleading to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Darrah, or before such other Judge sitting in his stead, on the 19th day of August, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois this 31st day of July, 2008.

By:   /s/ Thomas J. Aumann
      THOMAS J. AUMANN
      Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020

Chicago, Illinois 60602
Atty. No. 06282455