## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL PATRICK CONTORNO, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2737 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | John Darrah |
| CHICAGO POLICE DEPARTMENT, | ) | |
| SHERIFF OF COOK COUNTY, | ) | Magistrate Judge Cox |
| UNKNOWN K-9 UNITS, | ) | |
| CITY OF CHICAGO, | ) | |
| UNKNOWN ADMINSITRATIVE | ) | |
| AUTHORITIES, STATE OF ILLINOIS, | ) | |
| UNKNOWN TRAFFIC AUTHORITIES, | ) | |
| UNKNOWN OTHER DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO VACATE DEFAULT AND MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendant SHERIFF OF COOK COUNTY by his attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, RONALD WEIDHUNER, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. Assistant State's Attorney Ronald Weidhuner was assigned this case on August 11, 2008.

2. The Sheriff of Cook County was served on July 21, 2008 and required to answer by August 11, 2008.

3. The Plaintiff alleges a fourth amendment violation and excessive force.

4. Certain documents are necessary to prepare an answer or other pleading to Plaintiff's allegations in his complaint. These documents have been requested and will not be received

for at least 30 days.

**WHEREFORE YOUR DEFENDANTS PRAY:**

1. That this Honorable Court vacate any defaults.

2. That this Court grant an enlargement of time, up to and including September 22, 2008, for the Defendants to answer or otherwise plead;

3. That this Honorable Court grant any other relief it deems just.

    Respectfully Submitted,

    RICHARD A. DEVINE
    State's Attorney of Cook County

By:   /s/ Ronald Weidhuner 6194834
    Ronald Weidhuner
    Torts/Civil Rights Litigation Section
    500 Richard J. Daley Center
    Chicago, IL 60602
    (312) 603-5527

Case 1:08-cv-02737    Document 15    Filed 08/11/2008    Page 3 of 3