## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL PATRICK CONTORNO, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2737 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | John Darrah |
| CHICAGO POLICE DEPARTMENT, | ) | |
| SHERIFF OF COOK COUNTY, | ) | Magistrate Judge Cox |
| UNKNOWN K-9 UNITS, | ) | |
| CITY OF CHICAGO, | ) | |
| UNKNOWN ADMINSITRATIVE | ) | |
| AUTHORITIES, STATE OF ILLINOIS, | ) | |
| UNKNOWN TRAFFIC AUTHORITIES, | ) | |
| UNKNOWN OTHER DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Michael Contorno
       703 West Liberty Drive
       Wheaton, IL 60187

**PLEASE TAKE NOTICE** that on August 20, 2008 at 9:00 a.m., I shall appear before the Honorable John W. Darrah in the courtroom usually occupied by him in Room 1203 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **DEFENDANT SHERIFF OF COOK COUNTY"S MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD.**

RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/ Ronald Weidhuner 6194834
       RONALD WEIDHUNER
       Torts/Civil Rights Litigation Section
       500 Richard J. Daley Center
       Chicago, Il 60602
       (312) 603-3378

CERTIFICATE OF SERVICE

    I, Ronald Weidhuner, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on August 11, 2008, by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and E-Filing.

                                                      /s/ Ronald Weidhuner 6194834