UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Michael Patrick Contorno

          Plaintiff,

v.                 Case No.: 1:08−cv−02737
                 Honorable John W. Darrah

Chicago Police Department(s), et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

  MINUTE entry before the Honorable John W. Darrah:Defendant City Of Chicago's motion to stay answer or other pleading to plaintiff's complaint [11] is denied. Defendant City of Chicago to answer by 9/22/08. Defendant Sheriff of Cook County#039;s motion for an extension of time to answer is granted to and including 9/22/08 [15]. Status hearing set for 9/30/08 at 9:00 a.m. The Court will rule on plaintiff's ifp application at the 9/30/08 status. Mailed notice>(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.